# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:11cv14

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| 7 BLUE SPRUCE DRIVE, WHITTIER, ) | |
| JACKSON COUNTY, NORTH ) | |
| CAROLINA, as described in a Deed at ) | |
| Book 1214, page 193, Jackson County ) | |
| Registry, being real property, together ) | |
| with the residence, and all ) | |
| appurtenances, improvements, and ) | |
| attachments thereon ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The United States and the Claimant in this forfeiture proceeding have reached a settlement agreement pursuant to which the Claimant consents to the forfeiture of the property at issue. The Court **DIRECTS** the parties, including Claimant, to appear for a hearing on Wednesday, November 30, 2011, at 1:30 p.m. in Courtroom 2 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. At the hearing, the Court will address the settlement agreement and discuss what remains to be done in this case.

Signed: November 17, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge