**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION**

**CIVIL CASE NO. 2:11cv14**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **7 BLUE SPRUCE DRIVE, WHITTIER,** | ) | |
| **NORTH CAROLINA, as described in** | ) | |
| **a Deed at Book 1214, Page 193,** | ) | |
| **Jackson County Registry, being** | ) | |
| **real property, together with the** | ) | |
| **residence, and all appurtenances,** | ) | |
| **improvements, and attachments** | ) | |
| **thereon,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's Motion for

Default Judgment against the Federal Home Loan Mortgage Corporation

(Freddie Mac) [Doc. 26].

This is an *in rem* civil forfeiture action brought by the Government

pursuant to 18 U.S.C. § 881. The defendant property is real property located

at 7 Blue Spruce Drive, Whittier, Jackson County, North Carolina, as

described in a Deed at Book 1214, Page 193, Jackson County Registry, being

real property, together with the residence, and all appurtenances, improvements, and attachments thereon. The Clerk filed an Entry of Default against Federal Home Loan Mortgage Corporation (Freddie Mac) on May 30, 2012. [Doc. 24]. The Government now moves the Court to enter default judgment against Freddie Mac pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. [Doc. 26]. For the reasons stated therein, the Court grants the Government's Motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Default Judgment [Doc. 26] is **GRANTED**, and **DEFAULT JUDGMENT** is hereby **ENTERED** against Federal Home Loan Mortgage Corporation (Freddie Mac).

**IT IS SO ORDERED.**

Signed: June 6, 2012

Martin Reidinger
United States District Judge

2