THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:11cv14

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>7 BLUE SPRUCE DRIVE, WHITTIER, )<br>NORTH CAROLINA, as described in )<br>a Deed at Book 1214, Page 193, )<br>Jackson County Registry, being )<br>real property, together with the )<br>residence, and all appurtenances, )<br>improvements, and attachments )<br>thereon, )<br>)<br>Defendant. )<br>_____) | **ENTRY OF JUDGMENT AND ORDER OF FORFEITURE** |

**THIS MATTER** is before the Court on the Government's Motion for Entry of Judgment and Order of Forfeiture [Doc. 28] pursuant to Federal Rule of Civil Procedure 58(b)(2)(B) and 21 U.S.C. § 881 against the defendant property.

For the reasons stated in the Motion, and no response being necessary, the Motion is granted.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the United States' Motion for Judgment and Order of Forfeiture [Doc. 28] against the defendant property

> **7 Blue Spruce Drive, Whittier, Jackson County, North Carolina, as described in a Deed at Book 1214, Page 193, Jackson County Registry, being real property, together with the residence, and all appurtenances, improvements, and attachments thereon,**

is **GRANTED**, and Judgment and Order of Forfeiture is entered in favor of the United States.

**IT IS FURTHER ORDERED** that any and all right, title and interest of all persons and entities in the world in or to the defendant property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein, with the exceptions of the previously docketed interest of Wells Fargo Bank, N.A. and according to the Settlement Agreement with Claimant Vanessa Huskey, whose interests have been recognized by the United States.

**IT IS FURTHER ORDERED** that the United States Marshal is hereby directed to dispose of the forfeited defendant property as provided by law.

**IT IS SO ORDERED.**

Signed: June 26, 2012

Martin Reidinger
United States District Judge

3